Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE District of FLORIDA
## JACKSONVILLE Division

| | |
|---|---|
| BUSTER EDGAR TIFFANY ) | Case No. 3:23-CV-961-BJD-JBT |
| ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) ) ) ) ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- ) | |
| DENNIS W. DINGLE, DIRECTOR, ARMY BOARD FOR CORRECTION OF MILITARY RECORDS, et al., CHRISTINE E. WORMUTH SECRETARY OF THE ARMY ) ) ) ) ) ) | |
| *Defendant(s)* ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

*FILED RECEIVED 2023 AUG 16 PM 12:10 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BUSTER EDGAR TIFFANY |
| Street Address | 125 RIDGE LAKE ROAAD |
| City and County | ST. AUGUSTINE (ST. JOHNS) |
| State and Zip Code | FLORIDA 32086 |
| Telephone Number | 904-466-402 |
| E-mail Address | buzztiff@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: DENNIS W. DINGLE
Job or Title (if known): DIRECTOR, ARMY BOARD FOR CORRECTION OF MILITARY RECORDS
Street Address: 251 18TH STREET SOUTH, SUITE 385
City and County: ARLINGTON
State and Zip Code: VIRGINIA 22202-3531
Telephone Number: 703-545-6900
E-mail Address (if known): army.arbainquiry@mail.mil

**Defendant No. 2**

Name: CHRISTINE E. WORNUTH
Job or Title (if known): SECRETARY OF THE ARMY
Street Address: 101 ARMY PENTAGON
City and County: WASHINGTON
State and Zip Code: DC 20310-0101
Telephone Number: 703-695-1717
E-mail Address (if known):

**Defendant No. 3**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
TITLE 5 U.S.C. 706 (2)(A); TITLE 10 U.S.C. 1552(a)(1); TITLE 32 C.F.R. 581.3 (E)(2)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff was awarded the Army Silver Star for Valor in action November 2, 1966, Republic of Vietnam by testimony of his former Company Commander who was present at the battle. In an impromptu field November 17, 1966, the plaintiff was awarded an Army Commendation Medal with "V" Device as an interim award while awaiting approval of the Silver Star. Neither award was ever recorded. Thirty (30) years later the award of ARCOM was officially made. In 2013, the Plaintiff's former Company Commander provided an AFFIDAVIT with completed Army award forms, swearing that the award of the Silver Star was started. After exhaustion of all review, the evidence was taken to the ABCMR March 4, 2019, but on August 17, 2021, (continued on attachment)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff asks the Court to rule on the ABCMR's violation of Title 5 U.S.C. § 706.(2)(A) [a] in a decision which was arbitrary and capricious, an abuse of discretion and not otherwise in accordance with the law, in determining that the award of Silver Star made 56 years ago was not made. The plaintiff is entitled to the award of the Silver Star for gallantry in action.

PAGE 4A - PART. III STATEMENT OF CLAIM (CONTINUED)

the ABCMR issued a decision denying award of the Silver Star. The Defendant, in the person of the ABCMR, produced the legal decision that is the source of this COMPLAINT FOR A CIVIL CASE.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/16/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: BUSTER EDGAR TIFFANY

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____