UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BUSTER EDGAR TIFFANY,

    Plaintiff,

v.                                          Case No.: 3:23-cv-961-WWB-SJH

DENNIS W. DINGLE, CHRISTINE E. WORNUTH, and JOSEPH P. LISTER,

    Defendants.
                                      /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Summary Judgment (Doc. 17) and Defendants' Motion to Dismiss (Doc. 20). United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 23), in which he recommends that Plaintiff's Motion be denied, Defendants' Motion be granted in part, and the Court *sua sponte* grant summary judgment as to the remainder of the Complaint.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Summary Judgment (Doc. 17) is **DENIED**.

3. Defendants' Motion to Dismiss (Doc. 20) is **GRANTED in part** as set forth in the Report and Recommendation and this Order and **DENIED** in all other respects.

4. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**, but without leave to amend, to the extent Plaintiff seeks an award of the Silver Star.

5. To the extent Plaintiff seeks review of the procedures in declining to correct military records, summary judgment is **GRANTED** in favor of Defendants.

6. The Clerk is directed to enter judgment in favor of Defendants, and against Plaintiff, on any claim alleging a failure to follow procedures in declining to correct military records. Thereafter, the Clerk is directed to terminate any pending motions and this case.

**DONE AND ORDERED** in Jacksonville, Florida on January 29, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party